IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MAHMOUD MOHAMMAD ABBAS HAJIA KHAJAH, *et al.*,**

    Plaintiffs,

  vs.                            Civil Action 2:12-cv-922
                                      Judge Marbley
                                      Magistrate Judge King

**MARK ANTHONY ATWOOD, *et al.*,**

    Defendants.

## ORDER

    Plaintiff filed the deposition of Mark Anthony Atwood twice on April 15, 2013.  *See* Doc. Nos. 25 & 26.  The first deposition filed is unredacted and contains personal identifying information.  *See* Doc. No. 25.  The Clerk is therefore **DIRECTED** to file Doc. No. 25 under seal.

May 1, 2013                                        *s/Norah McCann King*
                                                  Norah M$^c$Cann King
                                          United States Magistrate Judge